IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EUXUCINA GIRTON, individually,<br><br>Plaintiff,<br><br>v.<br><br>WALMART INC., a Delaware for-profit corporation,<br><br>Defendant. | Case No. 2:24-cv-01929-JHC<br><br>**ORDER RE: STIPULATED MOTION TO CONTINUE TRIAL DATE AND MODIFY SCHEDULING ORDER** |

Before the Court is the parties' Stipulated Motion to Continue Trial Date and Modify Scheduling Order. Dkt. # 13. Given the Court's current trial calendar, the Court CONTINUES trial in this matter to July 27, 2026. The Court DIRECTS the Clerk to issue a case scheduling order.

DATED this 1st day of December, 2025.

_____
John H. Chun
United States District Judge

ORDER RE: STIPULATED MOTION TO CONTINUE TRIAL
DATE AND MODIFY SCHEDULING ORDER– 1
Case # 2:24-cv-01929-JHC